■ In the Matter of MANUEL CRUZ, Petitioner, v DONALD VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [23 NYS3d 921]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Garry, Rose and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.